McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JAMES B. KIRTLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-01062-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>(ECF No. 10) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, subject to the approval of the Court, that the time for Defendant to respond to Plaintiff's Confidential Letter Brief shall be extended by 30 days, from February 10, 2020, to March 11, 2020. This is Defendant's first request for an extension of time to respond to Plaintiff's Confidential Letter Brief. Counsel for Defendant states that she was assigned this and three other pending cases on February 6, 2020, following the resignation of the previously-assigned attorney from the Social Security Administration's Office of General Counsel. Counsel for Defendant has reviewed Plaintiff's confidential letter brief and the case file, but is unable to

Stip. & Order for Ext.; 2:19-cv-001062-EPG

1

investigate the unique issues raised prior to the current due date. Therefore, Counsel for Defendant respectfully requests this additional time to research issues raised in Plaintiff's letter brief.

The parties further stipulate that the other deadlines in the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: February 6, 2020  */s/ John Metsker*
(*as authorized via email on February 6, 2020)
JOHN METSKER
Attorney for Plaintiff

Dated: February 6, 2020  McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Carol S. Clark*
CAROL S. CLARK
Special Assistant U.S. Attorney

Attorneys for Defendant

Stip. & Order for Ext.; 2:19-cv-001062-EPG

2

# ORDER

Pursuant to the stipulation of the Parties (ECF No. 10), IT IS ORDERED that the deadline for Defendant to respond to Plaintiff's confidential letter brief is extended to March 11, 2020. All other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **February 10, 2020**

/s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

Stip. & Order for Ext.; 2:19-cv-001062-EPG