# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. KIRTLEY,<br><br>        Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:19-cv-1062-EPG<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION TO FILE RESPONSIVE BRIEF |

      The Court has before it Defendant's Motion for Extension of Time to File Responsive Brief (ECF No. 20). Defendant requests a 14-day extension of time, to June 22, 2020, to file a response to Plaintiff's Motion for Summary Judgment. Defendant represents that the extension of time is needed because Defendant's counsel was out of the office part of last week dealing with an unexpected medical issue, and that this impeded counsel's ability to complete this and other assignments and comply with office requirements for internal review. Defendant's counsel also indicates that she contacted Plaintiff's counsel and that Plaintiff's counsel was not willing to consent to the requested extension of time.

      Th Court finds good cause for, and accordingly GRANTS an extension of time, to June 22, 2020, for Defendant to file a response brief. However, no further extensions of time will be granted. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

    Dated: **June 8, 2020**                    /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE