John Metsker, Esq. SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADLEY KIRTLEY,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | No.  1:19-cv-01062-EPG<br><br>**STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of TEN THOUSAND DOLLARS ($10,000.00) and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00).  These amounts represent compensation for all legal services rendered and costs incurred on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d) and 1920.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the ability to honor the assignment will depend on whether the fees, expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses

is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to the Metsker Law Firm, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  December 23, 2020        */s/ John David Metsker*
                                 John David Metsker
                                 Attorney for Plaintiff

                                 MCGREGOR W. SCOTT
                                 United States Attorney

                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

Dated: December 23, 2020         /s/  *Carol S. Clark*\*
                                 CAROL S. CLARK
                                 *\*As authorized via email on*
                                 *December 23, 2020*
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

# ORDER

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act (ECF No. 30), IT IS ORDERED that fees in the amount of ten thousand dollars ($10,000.00) and costs in the amount of four hundred dollars ($400.00) as authorized by 28 U.S.C. sections 1920 and 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: __**January 3, 2021**__       /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE